DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CUAUHTEMOC LARA-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CUAUHTEMOC LARA-RODRIGUEZ,<br><br>        Defendant. | NO. CR.S-09-460-FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  March 1, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for CUAUHTEMOC LARA-RODRIGUEZ, that the status conference hearing date of February 22, 2010 be vacated, and the matter be set for status conference on March 1, 2010 at 10:00 a.m.

      The reason for this continuance is to allow defense counsel additional time to receive the plea agreement and then to review it with the defendant.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 1, 2010 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

3  DATED:   February 19, 2010.              Respectfully submitted,
4
                                            DANIEL J. BRODERICK
5                                           Federal Public Defender

6

7                                           /s/ Caro Marks
                                            CARO MARKS
8                                           Designated Counsel for Service
                                            Attorney for CUAUHTEMOC LARA-RODRIGUEZ
9

10 DATED:   February 19, 2010.              BENJAMIN WAGNER
                                            United States Attorney
11

12
                                            /s/ Caro Marks for
13                                          MICHAEL ANDERSON
                                            Assistant U.S. Attorney
14                                          Attorney for Plaintiff

15

16

17                                **ORDER**

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the February 22, 2010,  status conference hearing be
20 continued to March 1, 2010, at 10:00 a.m.  Based on the representation
21 of defense counsel and good cause appearing there from, the Court
22 hereby finds that the failure to grant a continuance in this case would
23 deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 March 1, 2008 status conference shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE