DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CUAUHTEMOC LARA-RODRIGUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR.S-09-460-FCD |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| CUAUHTEMOC LARA-RODRIGUEZ, | ) |
| | ) Date:  March 29, 2010 |
| Defendant. | ) Time:  10:00 a.m. |
| _____ | ) Judge: Hon. Frank C. Damrell Jr. |


IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for CUAUHTEMOC LARA-RODRIGUEZ, that the status conference hearing date of March 1, 2010 be vacated, and the matter be set for status conference on March 29, 2010 at 10:00 a.m.

The reason for this continuance is that defense counsel only recently received the plea agreement and explained the plea offer to the defendant.  The defendant needs more time to consider his options and to discuss the plea offer with his family and counsel. Defense counsel will be out of town from February 25 until March 1, and given that the defendant just learned of the government's plea offer, it

would be impracticable for him to make a knowing decision about his options, including whether to accept the plea offer, by March 1.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 29, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   February 25, 2010.                     Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender


                                                /s/ Caro Marks
                                                CARO MARKS
                                                Designated Counsel for Service
                                                Attorney for CUAUHTEMOC LARA-RODRIGUEZ

DATED:   February 25, 2010.                     BENJAMIN WAGNER
                                                United States Attorney


                                                /s/ Caro Marks for
                                                MICHAEL ANDERSON
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 1, 2010, status conference hearing be continued to March 29, 2010, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation,

1  taking into account the exercise of due diligence.  The Court finds

2  that the ends of justice to be served by granting a continuance

3  outweigh the best interests of the public and the defendant in a speedy

4  trial.  It is ordered that time up to and including the March 29, 2010

5  status conference shall be excluded from computation of time within

6  which the trial of this matter must be commenced under the Speedy Trial

7  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

8  T-4, to allow defense counsel reasonable time to prepare.

9

10  Dated: February 25, 2010

11

12

13                                          FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28