DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CUAUHTEMOC LARA-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CUAUHTEMOC LARA-RODRIGUEZ,<br><br>  Defendant.<br>_____ | NO. CR.S-09-460-FCD<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  April 26, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for CUAUHTEMOC LARA-RODRIGUEZ, that the status conference hearing date of April 12, 2010 be vacated, and the matter be set for status conference on April 26, 2010 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to receive the plea agreement, arrange for an interpreter to meet at Yolo County Jail, and then review the Alien Plea-Plea Presentence Report and the Plea Agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1 this order through and including April 26, 2010 pursuant to 18 U.S.C.
2 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
3 T4 based upon continuity of counsel and defense preparation.

DATED:   April 8, 2010.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Caro Marks
                                           CARO MARKS
                                           Designated Counsel for Service
                                           Attorney for CUAUHTEMOC LARA-RODRIGUEZ

DATED:   April 8, 2010.                    BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Caro Marks for
                                           MICHAEL ANDERSON
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


**ORDER**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 12, 2010, status conference hearing be continued to April 26, 2010, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the

April 26, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE