1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CUAUHTEMOC LARA-RODRIGUEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) NO. CR.S-09-460-FCD
11                                   )
                    Plaintiff,       )
12                                   )      **STIPULATION AND ORDER**
        v.                           )   **CONTINUING STATUS CONFERENCE**
13                                   )       **AND EXCLUDING TIME**
   CUAUHTEMOC LARA-RODRIGUEZ,        )
14                                   ) Date:  May 10, 2010
                    Defendant.       ) Time:  10:00 a.m.
15 _____ ) Judge: Hon. Frank C. Damrell, Jr.

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, MICHAEL ANDERSON, Assistant United States
18
   Attorney, attorney for Plaintiff, and CARO MARKS, attorney for
19
   CUAUHTEMOC LARA-RODRIGUEZ, that the status conference hearing date of
20
   April 26, 2010 be vacated, and the matter be set for status conference
21
   on May 10, 2010 at 10:00 a.m.
22
        The reason for this continuance is that the defendant has made
23
   a counteroffer to the government, which the government has declined.
24
   Defense counsel needs more time to travel to Yolo County Jail with an
25
   interpreter, meet with the defendant, explain the status of his
26
   counteroffer, and review the plea agreement in Spanish. Counsel
27
   anticipates the defendant will enter his guilty plea on May 10, 2010.
28

1    Based upon the foregoing, the parties agree that the time under

2  the Speedy Trial Act should be excluded from the date of signing of

3  this order through and including May 10, 2010 pursuant to 18 U.S.C.

4  §10161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

5  T4 based upon continuity of counsel and defense preparation.

6
   DATED:  April 23, 2010.        Respectfully submitted,
7
                                  DANIEL J. BRODERICK
8                                 Federal Public Defender

9

10                                /s/ Caro Marks
                                  CARO MARKS
11                                Designated Counsel for Service
                                  Attorney for CUAUHTEMOC LARA-RODRIGUEZ
12

13 DATED:  April 23, 2010.        BENJAMIN WAGNER
                                  United States Attorney
14

15
                                  /s/ Caro Marks for
16                                MICHAEL ANDERSON
                                  Assistant U.S. Attorney
17                                Attorney for Plaintiff

18

19                           **ORDER**

20    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

21 ordered that the April 26, 2010,  status conference hearing be

22 continued to May 10, 2010, at 10:00 a.m.  Based on the representation

23 of defense counsel and good cause appearing there from, the Court

24 hereby finds that the failure to grant a continuance in this case would

25 deny defense counsel reasonable time necessary for effective

26 preparation, taking into account the exercise of due diligence.  The

27 Court finds that the ends of justice to be served by granting a

28 continuance outweigh the best interests of the public and the defendant

1  in a speedy trial.  It is ordered that time up to and including the May

2  10, 2010 status conference shall be excluded from computation of time

3  within which the trial of this matter must be commenced under the

4  Speedy Trial Act pursuant to 18 U.S.C. § 10161(h)(7)(A) and (B)(iv) and

5  Local Code T-4, to allow defense counsel reasonable time to prepare.

6  Dated: April 23, 2010

7

8

9  _____
   FRANK C. DAMRELL, JR.

10    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28